**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Case No.  16-24175-GLT |
| Michael C. Cyrilla, | ) |
|         **Debtor,** | ) Chapter 11 |
| Michael C. Cyrilla, | ) |
|         **Movant,** | ) Hearing Date: 04/07/17 @ 10:30 a.m. |
| vs. | ) Response Due: 03/26/17 |
| No Respondent. | ) Document No. |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Motion to Employ Real Estate Broker – Document No. 60**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Real Estate Broker** filed on **March 9, 2017**, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Real Estate Broker** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Real Estate Broker** were to be filed and served no later than **March 26, 2017.**

It is hereby respectfully requested that the Order attached to the **Motion to Employ Real Estate Broker** be entered by the Court.

Dated: April 5, 2017

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**