## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael C. Cyrilla,<br>　　　　**Debtor,**<br>Michael C. Cyrilla,<br>　　　　**Movant,**<br>　vs.<br>No Respondent. | ) Case No. 16-24175-GLT<br>)<br>) **Chapter** 11<br>)<br>) Hearing Date: 04/07/17 @ 10:30 a.m.<br>) **Response Due:** 03/26/17<br>) **Document No.** 60 |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW**, this 6th day of April, 2017, upon consideration of the *Application to Employ Broker filed at Doc. No.* 60, it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Application is hereby approved as of the date the Application was filed.

2. ***Marti Redmond, Bolte Real Estate, 2158 N.E. Catawba Road, Port Clinton. OH 43452*** is/are hereby appointed as ***Broker*** for Debtor(s) in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at **2146 Dorchester Drive**, *Marblehead, Ottawa County, Ohio.* A realtor commission in the amount of ***7% for the first $100,000.00 and 5% for any amount in excess of $100,000.00*** is tentatively approved, subject to a final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on the application of the above criteria.

5. ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

Prepared by:  Donald Calaiaro, Esq.

**DEFAULT ENTRY**

Dated: April 06, 2017

_____
Gregory L. Taddonio   hct
United States Bankruptcy Judge

cm: Donald Calaiaro, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-24175-GLT
Michael C. Cyrilla                                              Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: gamr              Page 1 of 1        Date Rcvd: Apr 06, 2017
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
```
db          +Michael C. Cyrilla,    775 Stonegate Drive,    Wexford, PA 15090-7593
r           +Marti Redmond,    Bolte Real Estate,    2158 N.E. Catawba Road,    Port Clinton, OH 43452-3528
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:
```
              Donald R. Calaiaro     on behalf of Debtor Michael C. Cyrilla dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;S
               teven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
              James  Warmbrodt     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Laura M. McCurdy     on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              T. Lawrence Palmer     on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,    MarkSPalmerPC@aol.com
                                                                                             TOTAL: 7
```