**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-24175-GLT |
| Michael C. Cyrilla, | ) |
|         **Debtor,** | ) **Chapter** 11 |
| Michael C. Cyrilla, | ) **Related Document No.** 66-63 |
|         **Movant,** | ) **Hearing Date:** 04/27/17 @10:30 a.m. |
|     **vs.** | ) **Response Due:** 04/09/17 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Motion to Employ Special Counsel – Document No. 63**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Special Counsel** filed on **March 23, 2017**, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Special Counsel** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Special Counsel** were to be filed and served no later than **April 9, 2017.**

It is hereby respectfully requested that the Order attached to the **Motion to Employ Special Counsel** be entered by the Court.

Dated: April 11, 2017        **BY:** /s/ Donald R. Calaiaro
        **Donald R. Calaiaro, Esquire, PA I.D. #27538**
        dcalaiaro@c-vlaw.com
        **BY:** /s/ David Z. Valencik
        **David Z. Valencik, Esquire, PA I.D. #308361**
        dvalencik@c-vlaw.com
        **CALAIARO VALENCIK**
        **428 Forbes Avenue, Suite 900**
        **Pittsburgh, PA  15219-1621**
        **(412) 232-0930**