**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/12/17 4:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.** 16-24175-GLT |
| Michael C. Cyrilla, | ) | |
| **Debtor,** | ) | **Chapter** 11 |
| Michael C. Cyrilla, | ) | |
| **Movant,** | ) | **Hearing Date:** 04/27/17 @10:30 a.m. |
| **vs.** | ) | **Response Due:** 04/09/17 |
| No Respondent. | ) | **Document No.** 63 |

### ORDER APPROVING COUNSEL FOR THE DEBTOR

**AND NOW**, this <u>12th</u> day of <u>April</u>, **2017**, upon consideration of the *APPLICATION FOR APPROVAL OF ATTORNEYS,* it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Application is hereby approved as of the date the Application was filed.

2. *Eric J. Yandrich, Esquire.* is/are hereby appointed as *Attorney* for Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by the applicant to perform, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested for various indentified professionals is not an agreement by the Court to allow such fees at the requested hourly rates. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates based on application of the above-mentioned factors in granting approval by Court Order.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

_____

Prepared by:   Donald Calaiaro, Esq.

**DEFAULT ENTRY**

Dated: <u>April 12, 2017</u>

_____
Gregory L. Taddonio   hct
United States Bankruptcy Judge

cm: Donald Calaiaro, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24175-GLT
Michael C. Cyrilla                                                      Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr           Page 1 of 1          Date Rcvd: Apr 13, 2017
                             Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
db          +Michael C. Cyrilla,    775 Stonegate Drive,    Wexford, PA 15090-7593
sp          +Eric J. Yandrich,    2101 Greentree Road,    Suite A101B,    Pittsburgh, PA 15220-1496

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
          David Z. Valencik    on behalf of Debtor Michael C. Cyrilla dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Michael C. Cyrilla dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com
          Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov,
           Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;Jennifer.M.Smith@usdoj.gov;David.A.Berry@usdoj.gov;S
           teven.W.Albright@usdoj.gov;Andrew.F.Cetnarowski@usdoj.gov
          James Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Laura M. McCurdy    on behalf of Creditor   Moon Area School District lmccurdy@wbklegal.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
                                                                                   TOTAL: 8