FILED
6/21/17 5:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 16-24175-GLT |
| | Chapter 11 |
| MICHAEL C. CYRILLA, | |
| | Related Dkt. No. 1 |
| Debtor. | Hearing Date: |

## ORDER SETTING STATUS CONFERENCE
## FOR FAILURE TO FILE MONTHLY OPERATING REPORTS

The Debtor in the above-captioned bankruptcy case filed for protection under chapter 11 of the Bankruptcy Code on November 8, 2016. Pursuant to W.PA.LBR 2015-1(f)(2), a debtor in possession is required to "file with the Clerk monthly statements of operations for the preceding month ("Monthly Operating Report") no later than the twentieth day of the next month." A review of the CM/ECF docket indicates that as of the date of this *Order*, the February, March, April and May 2017 monthly operating reports remain outstanding.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A status conference shall be held on July 20, 2017 at 11:00 am in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 to discuss the lack of timely monthly operating reports.

2. Any response to this *Order* shall be filed on or before July 13, 2017.

3. The Debtor shall serve a copy of this *Order* on all creditors listed on the mailing matrix and shall file a certificate of service within three business days.

Dated: June 21, 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cm: Debtor
    Debtor's Counsel
    Office of the United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 16-24175-GLT
Michael C. Cyrilla                                                                              Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1           Date Rcvd: Jun 22, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
db              +Michael C. Cyrilla,    775 Stonegate Drive,    Wexford, PA 15090-7593

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
      David Z. Valencik    on behalf of Debtor Michael C. Cyrilla dvalencik@c-vlaw.com,
       cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
      Donald R. Calaiaro    on behalf of Debtor Michael C. Cyrilla dcalaiaro@c-vlaw.com,
       cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
      Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
       Office of the United States Trustee Heather.Sprague@usdoj.gov,
       Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
       Andrew.F.Cetnarowski@usdoj.gov
      James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
      Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
       Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                                                     TOTAL: 8