FILED
7/21/17 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 16-24175-GLT |
| | : | Chapter: | 11 |
| Michael C. Cyrilla | : | | |
| | : | | |
| | : | Date: | 7/20/2017 |
| *Debtor(s).* | : | Time: | 11:00 |

**PROCEEDING MEMO**

*MATTER:*          #75 - Status Conference to Discuss the Lack of Timely Monthly Operating Reports
                    [Response due 7/13/17]

*APPEARANCES:*
                    Debtor:          Donald R. Calaiaro

*NOTES:*

Calaiaro - Debtor became upset with counsel when questioned about the monthly operating reports as he perceived lack of progress in the case.  His nephew had been preparing the reports but stopped doing so in January when he ended his employment with the Debtor.  Mr. Cyrilla will attempt to prepare delinquent operating reports on his own and is meeting with counsel next week.  If necessary, an accountant will be employed at that time to assist with the operating reports.  A related case was dismissed due to lack of sufficient profit to file a confirmable plan.  At this time, Mr. Cyrilla claims that he is very busy with his business.

Court - Has not had information regarding the Debtor's financial situation for the past five months.  An important obligation that needs to be satisfied in a chapter 11 case.  The Court cannot assess what is going on with estate assets.

*OUTCOME:*

1.  Order to be issued dismissing the case without prejudice due to the failure to file monthly operating reports.  The Court will reconsider dismissal upon the filing of an appropriate motion within 14 days assuming all delinquent operating reports are filed.  (HT to prepare).

**DATED:**  7/20/2017