Form 302

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael C. Cyrilla**
   Debtor(s)

Bankruptcy Case No.: 16−24175−GLT
Related Dkt. No. 75
Chapter: 11
Docket No.: 79 − 78

### ORDER

    **IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

The case is dismissed without prejudice for failure to file monthly operating reports. The Court will reconsider dismissal upon the filing of an appropriate motion within 14 days assuming all delinquent operating reports are filed.

    Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order*.

    Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: July 21, 2017

                                                Gregory L. Taddonio, Judge
                                                United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 16-24175-GLT
Michael C. Cyrilla                                                  Chapter 11
      Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2        User: hthu              Page 1 of 2               Date Rcvd: Jul 21, 2017
                            Form ID: 302            Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db            +Michael C. Cyrilla,    775 Stonegate Drive,   Wexford, PA 15090-7593
sp            +Eric J. Yandrich,    2101 Greentree Road,   Suite A101B,    Pittsburgh, PA 15220-1496
r             +Marti Redmond,    Bolte Real Estate,    2158 N.E. Catawba Road,    Port Clinton, OH 43452-3528
cr            +Moon Area School District,    445 Fort Pitt Boulevard,    Suite 503,    Suite 503,
                PITTSBURGH, PA 15219,    UNITED STATES 15219-1308
cr            +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                5th Floor, Manor Complex,    564 Forbes Avenue,   Pittsburgh, PA 15219-2992
14319340      +AMEX-NCI,    P.O. Box 13337,   Philadelphia, PA 19101-3337
14319342      +BB&T,    Attn: Bankruptcy Department,    6010 Golding Center Dr.,    Winston Salem, NC 27103-9815
14357250       Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
14319344      +Chiildren's Hospital of PHG of UPMC,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
14319345      +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
                Cleveland, OH 44122-5662
14319346      +Greater PGH Orthopaedic Assoc.,    P.O. Box 3485,   Pittsburgh, PA 15230-3485
14319347      +Heritage Valley Health System,    P.O. Box 536366,    Pittsburgh, PA 15253-5905
14319348       Jeffrey B. Wolfe, Ph. D.,    1022-A N. Main St.,   Butler, PA 16001
14319349      +M & T Bank,    P.O. Box 542000,   Omaha, NE 68154-8000
14402801       Magee-Womens Hospital of UPMC,    PO Box 1123,   Minneapolis MN 55440-1123
14319350      +McClymond's,    296 Currie Rd.,   Slippery Rock, PA 16057-4526
14334681      +Moon Area School District,    c/o Weiss Burkardt Kramer, LLC,    445 Fort Pitt Blvd, Suite 503,
                Pittsburgh, PA 15219-1308
14325571      +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14319354      +Penn Credit,    Attn:Bankruptcy,    Po Box 988,   Harrisburg, PA 17108-0988
14319355      +Selective Insurance,    107 N. Commerce Way,   Bethlehem, PA 18017-8913
14319356      +State Collection Service, Inc.,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
14335470      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
14402825       UPMC Passavant,    PO Box 1123,   Minneapolis MN 55440-1123
14319361      +Washington Co Drs,    29 Cherry Ave., #311,   Washington, PA 15301-6807
14367568      +Wells Fargo Equipment Finance,    Wells Fargo c/o Bill Wilson,    83 Wooster Heights Road,
                Danbury, CT 06810-7548
14319363      +William Marasovich, MD,    701 Broad St. Area D,   Sewickley, PA 15143-1681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14319336      +E-mail/Text: bankruptcy@alliantcreditunion.com Jul 22 2017 01:14:31
                Alliant Credit Union Visa,    P.O. Box 1666,   Des Plaines, IL 60017-1666
14319337       +EDI: GMACFS.COM Jul 22 2017 01:03:00      Ally,    P.O. Box 380901,    Minneapolis, MN 55438-0901
14319338       +EDI: GMACFS.COM Jul 22 2017 01:03:00      Ally Financial,    Po Box 380901,
                Bloomington, MN 55438-0901
14330337        EDI: BECKLEE.COM Jul 22 2017 01:03:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
14319339       +EDI: AMEREXPR.COM Jul 22 2017 01:03:00      Amex,    Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
14319341       +EDI: TSYS2.COM Jul 22 2017 01:03:00      Barclays Bank Delaware,    Po Box 8801,
                Wilmington, DE 19899-8801
14319343       +EDI: CAPITALONE.COM Jul 22 2017 01:03:00      Capital One,    P.O. Box 105474,
                Atlanta, GA 30348-5474
14355182        EDI: CAPITALONE.COM Jul 22 2017 01:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
14409311       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 22 2017 01:14:52       Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14351634       +EDI: IRS.COM Jul 22 2017 01:03:00      INTERNAL REVENUE SERVICE,    1000 LIBERTY AVE RM 711B,
                PITTSBURGH PA 15222-4107
14319351       +EDI: NHCLLC.COM Jul 22 2017 01:03:00      National Hospital Collections,    16 Distributor Dr.,
                Suite 2,    Morgantown, WV 26501-7209
14319352       +EDI: NHCLLC.COM Jul 22 2017 01:03:00      Natl Hosp Collections,    16 Distributor Dr Ste 2,
                Morgantown, WV 26501-7209
14319353       +E-mail/Text: bankruptcy@onlineis.com Jul 22 2017 01:14:35       Online Collections,    Po Box 1489,
                Winterville, NC 28590-1489
14339620        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2017 01:13:56
                Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                Harrisburg PA 17128-0946
14350673        E-mail/Text: bankruptcy@bbandt.com Jul 22 2017 01:13:55       Sheffield Financial,    PO Box 1847,
                Wilson, NC 27894-1847
14319357        EDI: TFSR.COM Jul 22 2017 01:03:00      Toyota,    P.O. Box 5855,    Carol Stream, IL 60197
14319358        EDI: TFSR.COM Jul 22 2017 01:03:00      Toyota Motor Credit Corp,    Toyota Financial Services,
                Po Box 8026,    Cedar Rapids, IA 52408
14319359       +E-mail/Text: bankruptcy@alliantcreditunion.com Jul 22 2017 01:14:32       Untd Air Ecu,
                Alliant Credit Union/Attn: LPR Departmen,    Po Box 66945,    Chicago, IL 60666-0945
14319360       +EDI: TSYS2.COM Jul 22 2017 01:03:00      Visa Black Card,    P.O. Box 8801,
                Wilmington, DE 19899-8801
14319362       +E-mail/Text: bankrupt-adjdept@wesbanco.com Jul 22 2017 01:14:30       Wesbanco Bank Inc,
                1 Bank Plz,    Wheeling, WV 26003-3565
                                                                                               TOTAL: 20
```

```
District/off: 0315-2          User: hthu              Page 2 of 2           Date Rcvd: Jul 21, 2017
                              Form ID: 302            Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              Duquesne Light Company
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2017 at the address(es) listed below:
```
              David Z. Valencik    on behalf of Debtor Michael C. Cyrilla dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Michael C. Cyrilla dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov,
               Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
               Andrew.F.Cetnarowski@usdoj.gov
              James    Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Laura M. McCurdy    on behalf of Creditor    Moon Area School District lmccurdy@wbklegal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
                Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,   MarkSPalmerPC@aol.com
                                                                                                  TOTAL: 8
```